DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. FIELD

No. 416P85.

Case below: 75 N.C. App. 647.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985. Notice of appeal by defendant under G.S. 7A-30 dismissed 5 November 1985.

STATE v. HALL

No. 599P85.

Case below: 77 N.C. App. 238.

Petitions by Attorney General for discretionary review under G.S. 7A-31 and for writ of supersedeas denied 5 November 1985.

STATE v. HERRING

No. 287A85.

Case below: 74 N.C. App. 269.

Petitions by defendant (Herring) and defendant (Meyer) for discretionary review under G.S. 7A-31 denied as to additional issues 2 October 1985.

STATE v. HOOD

No. 640P85.

Case below: 77 N.C. App. 170.

Petitions by Attorney General for discretionary review under G.S. 7A-31 and for writ of supersedeas and temporary stay denied 29 October 1985.

STATE v. HOPE

No. 625A85.

Case below: 77 N.C. App. 338.

Petition by Attorney General for writ of supersedeas allowed 24 October 1985.